■■■ In the Matter of the Adoption of KAITLIN R., an Infant. JANIS R., Respondent; GINA M.R., Appellant. (Appeal No. 2.) [812 NYS2d 912]—Appeal from an order of the Family Court, Wyoming County (Michael F. Griffith, J.), entered December 30, 2004 in an adoption proceeding. The order granted the petition.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Kaitlin R.* ([appeal No. 1] 28 AD3d 1243 [2006]). Present—Hurlbutt, J.P., Scudder, Smith and Pine, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH R. HOPKINS, Appellant. [812 NYS2d 913]—Appeal from a judgment of the Ontario County Court (James R. Harvey, J.), rendered October 27, 2004. The judgment convicted defendant, upon a jury verdict, of falsifying business records in the first degree and petit larceny.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her, upon a jury verdict, of falsifying business records in the first degree (Penal Law § 175.10) and petit larceny (§ 155.25). Contrary to defendant's contention, the conviction of falsifying business records is supported by legally sufficient evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The People presented evidence establishing that defendant "cause[d] a false entry in the business records of an enterprise" (Penal Law § 175.05 [1]), i.e., that she returned merchandise that she had not in fact purchased, and that she thereby "inten[ded] . . . to aid or conceal [her] commission" of the crime of larceny (§ 175.10). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Smith and Pine, JJ.